■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN ZAWADZKI, Appellant. [771 NYS2d 481]—Appeal from a

judgment of the Erie County Court (Michael L. D'Amico, J.), rendered January 3, 2002. The judgment convicted defendant, upon his plea of guilty, of rape in the second degree, sodomy in the second degree and sodomy in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Green, J.P., Pine, Wisner, Gorski and Lawton, JJ.